UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH DOMINGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No. 24-cv-07440-VC<br><br>**ORDER OF DISMISSAL** |

On December 2, 2024, the Court denied Dominguez's motion to proceed *in forma pauperis* (IFP) and directed him to pay the full filing fee within 14 days or the case would be dismissed without prejudice. Dkt. No. 5. That deadline has passed, and Dominguez has not paid the full filing fee. This action is therefore DISMISSED. The clerk shall terminate all pending motions, enter judgment for defendants, and close the file.

**IT IS SO ORDERED.**

Dated: January 14, 2025

VINCE CHHABRIA
United States District Judge